United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Uniq Branch Office Mexico, S.A. de C.V., and Jacobo Helfon Daniel, Plaintiffs,<br><br>v.<br><br>Steel Media Group, LLC, and others, Defendants. | Civil Action No. 22-23876-Civ-Scola |

### Order Adopting Magistrate Judge's Report & Recommendations

This case was referred to United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On March 7, 2024, Judge Goodman issued a report, recommending that the Court grant in part and deny in part the Plaintiffs' motion for default judgment. (Report of Magistrate, ECF No. 171.) Neither the Plaintiffs nor the relevant Defendants have filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 171**). The Court therefore **grants in part** and **denies in part** the Plaintiffs' motion for default judgment against Defendants Steel Media Group, LLC and Luis Fernando Rodriguez Mejia (**ECF No. 131**). The Court grants the motion with respect to the issue of liability, but denies the motion with respect to damages, attorney's fees, and costs. However, the denial is *without prejudice* so that the Plaintiffs may file a renewed motion providing supporting documentation for damages, attorney's fees, and costs.

**Done and ordered**, at Miami, Florida, on April 8, 2024.

_____
Robert N. Scola, Jr.
United States District Judge