United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Uniq Branch Office Mexico, S.A. de C.V., and Jacobo Helfon Daniel, Plaintiffs, ) ) ) ) | |
| v. | ) Civil Action No. -Civ-Scola |
| Steel Media Group, LLC, and others, Defendants. ) ) ) ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

The Plaintiffs' amended motion for default judgment (ECF No. 189) was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendation. (ECF No. 191.) On November 7, 2024, Judge Goodman issued a report, recommending that the Plaintiffs' motion be granted in part and denied in part. (R&R, ECF No. 196.) The parties have not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 196**). The Court **grants in part** and **denies in part** the Plaintiffs' amended motion for default judgment (**ECF No. 189**).

Accordingly, it is hereby **ordered** and **adjudged** that the Plaintiffs are awarded $891,020.36 in damages. The Court denies the Plaintiffs' request for attorney's fees, and costs. Any future request for attorneys' fees and costs must abide by Local Rule 7.3 or else they may be subject to consequences, including a denial of their request with prejudice.

**Done and ordered**, at Miami, Florida, on November 6, 2024.

Robert N. Scola, Jr.
United States District Judge